UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
LEMON TREE DEVELOPMENT LLC,

                               Plaintiff,

            -against-

PHILOPATYR CORPORATION, et al.,

                              Defendants.
----------------------------------------------------------------x

**MEMORANDUM AND ORDER**

**10-CV-5228 (ARR)**

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

The Court is in receipt of communications to the Court from defendant Fayda Lawandy (docketed March 8, 2011) and non-party Paul Bessada (docketed March 9, 2011), addressing plaintiff's allegations. Plaintiff, who previously moved for a default judgment, has advised the Court's staff that plaintiff consents to allow defendants additional time to formally answer the complaint. Therefore, the motion for a default judgment is denied as moot, without prejudice.

In order to afford the parties sufficient time to engage in settlement discussions, the Court will give defendants Lawandy and Philopatyr Corporation, d/b/a Lemona Tree, until April 28, 2011, to formally respond to the complaint. Any procedural questions that Ms. Lawandy might have should be addressed to the Pro Se Clerk's Office of the Court, 718-613-2178. Defendants are advised, however, that unlike individuals, corporations and other entities are not permitted to appear *pro se* (i.e., without a licensed attorney) in federal court. See Eagle Assocs. v. Bank of Montreal, 926 F.2d 1305 (2d Cir. 1991).

The Clerk is directed to docket this Memorandum and Order into the ECF system and to mail copies to defendants and Mr. Bessada.

**SO ORDERED.**

**Dated:** **Brooklyn, New York**
**March 14, 2011**

**ROANNE L. MANN**
**UNITED STATES MAGISTRATE JUDGE**